RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
State Bar No. 12223
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Nelson Mauricio Tario

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NELSON MAURICIO TARIO,<br><br>Defendant. | Case No.: 2:14-mj-302-NJK<br><br>**STIPULATION AND PROPOSED ORDER TO MODIFY THE CONDITIONS OF PROBATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nadia Janjua Ahmed, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for NELSON MAURICIO TARIO, that the conditions of Mr. Tario's probation be modified to allow travel back and forth to California to visit his children twice a month.

This Stipulation is entered into for the following reasons:

1.  On March 11, 2015, Mr. Tario was sentenced to 18 months probation with special conditions. Immediately after court, he went over to the probation office to fill out the initial paperwork. While there, he informed the duty officer that he had pre-planned to travel to California the weekend of March 14-15, 2015, to visit his children and that he tries to travel to California to visit his children at least twice a month.

2.     The probation department's policy is to disallow travel within the first 90 days of supervision, absent the Court's permission. Undersigned counsel for the defendant therefore requests the Court modify Mr. Tario's conditions of probation to allow his travel to California on March 14-15, 2015. Further, undersigned counsel for the defendant requests the Court modify his conditions to allow Mr. Tario to be able to travel to California to visit his children at least twice a month.

3.     The Government does not oppose either requested modification.

DATED this 12th day of March, 2015.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States of America |
| By: */s/ Heidi A. Ojeda*<br>    HEIDI A. OJEDA<br>    Assistant Federal Public Defender | By: */s/ Nadia Janjua Ahmed*<br>    NADIA JANJUA AHMED<br>    Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NELSON MAURICIO TARIO,<br><br>Defendant. | Case No.: 2:14-mj-302-NJK<br><br>**ORDER** |

**ORDER**

IT IS HEREBY ORDERED, that the conditions of Mr. Tario's probation be modified to allow him to travel to California March 14-15, 2015 and to allow his travel back and forth to California twice a month to visit his children.

DATED this  12th  day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE